DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REYNALDO DIAZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2987

[March 21, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 81-10807CF10A.

Reynaldo Diaz, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***